UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DISTRICT

| | |
|---|---|
| KEMBERLY JOHNSON-MORGAN | * |
| Plaintiff, | * |
| v. | * C.A. No. L-00-3201 |
| ARINC, INC. | * |
| Defendant. | * |

## ORDER

Upon consideration of Plaintiff's Motion for Enlargement of Time, the Defendant's consent thereto, and the record in this matter, it is this _13th_ day of _April_, 2001, hereby ORDERED that Plaintiff's Motion for Enlargement of Time is granted. It is further ORDERED that Plaintiff's Opposition to Defendant's Renewed and Partial Motion to Dismiss shall be accepted as filed with the Clerk April 11, 2001.

SO ORDERED.

_____
The Honorable Benson E. Legg
United States District Court Judge

_4/13/01_
DATE

