IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KIMBERLY JOHNSON-MORGAN          :
                                 :
             V.                  :   Civ. No. L-00-3201
                                 :
ARINC, INC.                      :

ORDER

Now pending is Defendant's Motion to Dismiss and
Plaintiff's Motion for Leave to File Amended Complaint and For
Continuance.  Upon consideration of Plaintiff's motion, the
Court hereby ORDERS that:

> (1) Plaintiff's Motion for Leave to File Amended Complaint
>     (Docket # 10-1) is GRANTED;
>
> (2) Plaintiff's Motion for Continuance (Docket # 10-2) is
>     DENIED (Docket # 10-2);
>
> (3) Defendant's Motion to Dismiss (Docket # 8) is DENIED
>     as MOOT.

Defendant has answered Plaintiff's Amended Complaint, and
has filed a Renewed Motion to Dismiss.  Plaintiff has filed its
opposition to Defendant's renewed motion.  Defendant's reply is
due April 30, 2001.  The Court will issue a ruling in due
course after receiving defendant's reply brief.

IT IS SO ORDERED this ___ day of April, 2001.

Benson Everett Legg
United States District Judge