FILED ____ _____
LODGED ____

JAN 30 2002
AT
CLERK U.S. ___
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DISTRICT

| | | |
|---|---|---|
| KEMBERLY JOHNSON-MORGAN | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. L-00-3201 |
| ARINC, INC. | * | |
| Defendant. | * | |

### ORDER

Upon consideration of Plaintiff's Motion for Extension of Expert Disclosure Deadlines, the Defendant's consent thereto, and the record in this matter, it is this 29TH day of January, 2002, hereby ORDERED that Plaintiff's Motion for Extension of Rule 26 Expert Disclosure Deadlines is granted. It is further ORDERED that: (a) Plaintiff's Rule 26(a)(2) expert disclosure deadline is March 29, 2002; (b) Defendant's Rule 26(a)(2) disclosure deadline is April 29, 2002; and (c) Plaintiff's Rule 26(a)(2) rebuttal expert disclosure deadline is May 13, 2002.

SO ORDERED.

_____
The Honorable Benson E. Legg
United States District Court Judge

__1/29/02_____
DATE

