

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| KEMBERLY JOHNSON-MORGAN | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. L-00-3201 |
| | * | |
| ARINC, INC. | * | |
| | * | |
| Defendant. | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Kemberly Johnson-Morgan and Defendant ARINC, Inc., through respective undersigned counsel, hereby stipulate to the dismissal with prejudice of the above-captioned civil action, and all claims therein, brought by Plaintiff against Defendant ARINC, Inc.

This stipulation is submitted in accordance with the settlement agreement executed by the parties in resolution of this litigation. Each party shall bear their own respective attorney fees and costs.

Respectfully submitted,

_____  
Cullen P. Cowley, Esq.  
Maryland Federal Bar No.: 13941  
2 Wisconsin Circle, Suite 700  
Chevy Chase, Maryland, 20815  
(301) 237-8384  
Fax: (253) 423-4917  
*Counsel for Plaintiff*

_____  
Brian Nuterangelo, Esq.  
Maryland Fed. Bar No. 13801  
Wiley, Rein & Fielding  
1776 K Street, N.W.  
Washington, D.C. 20006  
(202) 71-7000  
Fax: (202) 719-7049  
*Counsel for Defendant ARINC, Inc.*

APPROVED THIS /ST DAY OF MAY, '02

_____  
BENSON EVERETT LEGG, U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2002, a true and correct copy of the foregoing Stipulation of Dismissal with Prejudice was sent by U.S. Mail first-class to:

Brian Nuterangelo, Esq.
Wiley, Rein & Fielding
1776 K Street, N.W.
Washington, D.C. 20006

Counsel for Defendant

Also sent via facsimile
Fax: (202) 719-7049

By: Cullen Cowley